AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MICHAEL ASAMOAH, <br> *Plaintiff* <br> v. <br> CAPSTONE LOGISTICS, LLC, et al., <br> *Defendant* <br> Correctional Institution, | ) <br> ) <br> ) Civil Action No. 2:20-cv-6590 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The Court grants Defendants' Motion for Summary Judgment. This action is hereby dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/3/2021

CLERK OF COURT

*Theresa J. B[...]*
Signature of Clerk or Deputy